**Lance M. JOHNSON, Plaintiff—Appellant,**

v.

**James DALTON, Circuit Court Judge; Pamela Baskerville, Circuit Court Judge; Phillip T. Distanisgello, Jr., Defense Attorney, Defendants—Appellees.**

No. 11–7623.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Lance M. Johnson, Appellant Pro Se.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance M. Johnson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action for failure to state a claim under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Dalton,* No. 2:11–cv–00577–RAJ–FBS (E.D.Va. Nov. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*